# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Manion, Daniel A. | 2. Court or Organization<br><br>USCA-7 | 3. Date of Report<br><br>05/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

301 Grant Federal Building
204 S. Main Street
South Bend, IN 46601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Key Bank checking accounts | A | Interest | L | T | | | | | |
| 2.  UBS Account (⬛⬛) items 3-17 | | | | | | | | | |
| 3.  UBS deposit account (⬛) | A | Distribution | L | T | | | | | |
| 4.  Boeing Company common stock (BA) | C | Dividend | M | T | | | | | |
| 5.  Blackrock Muni (BTT) | B | Dividend | L | T | | | | | |
| 6.  Barclays Bank preferred | A | Dividend | J | T | | | | | |
| 7.  Brownsville TX bond | A | Interest | J | T | | | | | |
| 8.  Kane McHenry Muni Bond | B | Int./Div. | K | T | | | | | |
| 9.  Indiana St. Fin. Auth. bond | A | Int./Div. | J | T | | | | | |
| 10. Ohio State Higher Ed Bond | A | Int./Div. | J | T | | | | | |
| 11. Oppenheimer Steelpath (MLPDX) | D | Distribution | K | T | | | | | |
| 12. Gaslog Ltd preferred | A | Dividend | J | T | | | | | |
| 13. Nuveen Interduration (NID) | B | Int./Div. | K | T | | | | | |
| 14. Indianapolis IN loc bond | A | Interest | J | T | | | | | |
| 15. Indianapolis IN gas bond | A | Interest | J | T | | | | | |
| 16. RMB Mendon Financial (RMBKX) | D | Distribution | L | T | Buy | 1/26/17 | L | | |
| 17. University of Akron bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Items: items 19-64 | | | | | | | | | |
| 19. Wells Fargo Sweep ( ) | A | Distribution | J | T | | | | | |
| 20. -Income Fund Amer ( ) | A | Distribution | K | T | | | | | |
| 21. -Fund America Growth ( ) | A | Distribution | K | T | | | | | |
| 22. Europacific Growth ( ) | A | Distribution | J | T | Buy | 10/05/17 | J | | |
| 23. Qwest Corp preferred ( ) | B | Dividend | J | T | | | | | |
| 24. First Trust Equity ( ) | B | Distribution | K | T | | | | | |
| 25. Ishares US Preferred Stock | C | Dividend | K | T | | | | | |
| 26. Franklin Income Fund ( ) | D | Distribution | M | T | | | | | |
| 27. -American Mutual Fund (AMRFX) (Roth) | A | Distribution | | | Sold | 01/27/17 | K | C | |
| 28. -Powershares S&P 500 Fund (Roth) | A | Distribution | | | Sold | 08/16/17 | J | B | |
| 29. -Powershares S&P 500 Fund (Roth) | A | Distribution | | | Sold | 09/22/17 | J | A | |
| 30. Wells Fargo STYIX (Roth) | A | Distribution | J | T | Buy | 05/12/17 | J | | |
| 31. Wells Fargo Short-Term High Yield (STYIX) | A | Distribution | J | T | Buy | 05/12/17 | J | | |
| 32. Wells Fargo Emerging Markets (EQIIX) | A | Distribution | J | T | Buy | 01/27/17 | J | | |
| 33. Wells Fargo Emerging Markets (EQIIX) | A | Distribution | J | T | Buy | 04/27/17 | J | | |
| 34. Advisory Research (INFIX) | A | Distribution | J | T | Buy | 10/12/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Powershares Exchange (XSLV) | A | Distribution | K | T | Buy | 01/27/17 | J | | |
| 36. Flexshares Morning Star (TLTD) | A | Distribution | J | T | Buy | 08/16/17 | J | | |
| 37. Baird General Market (cash equivalent) | A | Distribution | J | T | | | | | |
| 38. American Mutual (AMRFX) | A | Distribution | K | T | | | | | |
| 39. Wells Fargo Fund (EQIIX) | A | Distribution | J | T | Buy | 01/27/17 | J | | |
| 40. Wells Fargo Fund (EQIIX) | A | Distribution | J | T | Buy | 08/16/17 | J | | |
| 41. Wells Fargo Fund (EQIIX) | A | Distribution | J | T | Buy | 04/27/17 | J | | |
| 42. -Vanguard Intermediate Bond Fund (VCIT) (Roth) | A | Distribution | J | T | Buy | 01/27/17 | J | | |
| 43. T Rowe Price Growth (PRGFX) | A | Distribution | J | T | Buy | 04/27/17 | J | | |
| 44. T Rowe Price Growth (PRGFX) | A | Distribution | J | T | Buy | 09/22/17 | J | | |
| 45. - SPDR Series Trust Fund (RWR) (Roth) | A | Distribution | J | T | Buy | 09/22/17 | J | | |
| 46. - Conocophillips | A | Dividend | | | Sold | 04/04/17 | J | | |
| 47. - Baird General Mkt Fund (Roth) | A | Int./Div. | J | T | | | | | |
| 48. - Microsoft Corp (Roth) | A | Dividend | J | T | | | | | |
| 49. - Harbor Intn'l (Roth) | A | Distribution | | | Buy | 04/27/17 | J | | |
| 50. - Harbor Intn'l (Roth) | A | Distribution | | | Buy | 01/27/17 | J | | |
| 51. - Harbor Intn'l (Roth) | A | Distribution | | | Sold | 08/16/17 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Powershares S&P 500 Fund | B | Distribution | | | Sold | 01/27/17 | J | C | |
| 53. - Poweershares S&P 500 Fund | B | Distribution | | | Sold | 08/16/17 | J | C | |
| 54. - Royce Total Return Fund (RYTRX) | A | Distribution | | | Sold | 11/27/17 | K | | |
| 55. Permanent portfolio reinvestment (PRPFX) (Roth) | A | Distribution | | | Sold | 01/27/17 | J | | |
| 56. SPDR Series Trust (RWR) | A | Distribution | J | T | | | | | |
| 57. - Lord Abbett Short Duration Income Fund (LALDX) | B | Distribution | K | T | | | | | |
| 58. - Vanguard Intermediate Term Fund (VCIT) | A | Distribution | K | T | | | | | |
| 59. Powershares Exchange S&P 600 (Roth) | A | Distribution | K | T | Buy | 01/27/17 | J | | |
| 60. Flexshares Morning Star Fund (Roth) | A | Distribution | K | T | Buy | 08/16/17 | K | | |
| 61. -Wells Fargo Bond Fund (WDHYX) (Roth) | A | Distribution | | | Sold | 05/12/17 | J | | |
| 62. -Wells Fargo Bond Fund (WDHYX) | A | Distribution | | | Sold | 05/12/17 | K | | ' |
| 63. Lord Abbett Floating Rate (LFRAX) (Roth) | B | Distribution | K | T | | | | | |
| 64. Northwestern Mutual Life Insurance (whole life policy) | | None | N | T | | | | | |
| 65. Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 66. Baird Trust Acct: items 68-126 | | | | | | | | | |
| 67. Boulder Growth Fund | A | Dividend | | | Sold | 11/09/17 | J | C | |
| 68. - Automatic Data Processing (ADP) | B | Dividend | | | Sold (part) | 01/09/17 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | |
|---|---|---|
| **Name of Person Reporting** <br> Manion, Daniel A. | **Date of Report** <br> 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Target Corp. common | B | Dividend | K | T | | | | | |
| 70. - Kellogg Company | B | Dividend | K | T | | | | | |
| 71. - Blackrock Inc. | B | Dividend | L | T | | | | | |
| 72. - Express Scripps Holding | | None | | | Sold | 04/25/17 | K | C | |
| 73. - Factset Research Systems | B | Dividend | L | T | | | | | |
| 74. - Illinois Tool Works common | B | Dividend | M | T | | | | | |
| 75. - Intel Corp common | A | Dividend | K | T | | | | | |
| 76. - Varian Medical | | None | L | T | | | | | |
| 77. - Johnson & Johnson | B | Dividend | L | T | | | | | |
| 78. - LKQ Corp Common | | None | K | T | Buy | 05/31/17 | K | | |
| 79. - Procter & Gamble common | B | Dividend | L | T | Buy | 11/15/17 | K | | |
| 80. Elkhard, IN muni | A | Interest | K | T | | | | | |
| 81. Nike Common | A | Dividend | K | T | Buy | 03/22/17 | K | | |
| 82. Nike Common | A | Dividend | K | T | Sold (part) | 05/25/17 | K | | |
| 83. Locorr Managed Futures Fund | C | Distribution | K | T | Buy | 01/09/17 | K | | |
| 84. - Fiserv Inc. | | None | O | T | | | | | |
| 85. - Becton Dickinson & Co. | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: <br> (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes <br> (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes <br> (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ecolab common | B | Dividend | L | T | | | | | |
| 87. - Patterson Companies common | C | Dividend | M | T | | | | | |
| 88. - Barclays Bank Bond | B | Int./Div. | K | T | | | | | |
| 89. - Cognizant Technology | A | Dividend | L | T | | | | | |
| 90. -Ford Motor Co. (F) | A | Dividend | | | Sold | 04/06/17 | J | | |
| 91. - Fastenal common | C | Dividend | M | T | | | | | |
| 92. Walt Disney Common | A | Dividend | L | T | Buy | 08/02/17 | J | | |
| 93. - Stericycle Inc. | | None | | | Sold | 11/09/17 | K | | |
| 94. - Bio Techne Corp. | A | Dividend | L | T | | | | | |
| 95. - Barnes Group common | | None | K | T | Buy | 11/22/17 | K | | |
| 96. - Valmont Industries | A | Dividend | L | T | | | | | |
| 97. - Cisco Systems common | D | Dividend | J | T | Donated (part) | | | | |
| 98. - Gillead Sciences common | B | Dividend | L | T | | | | | |
| 99. - Harley Davidson common | B | Dividend | L | T | | | | | |
| 100. Walgreens Boots Alliance | A | Distribution | | | Sold | 10/30/17 | L | | |
| 101. World FUel Services | A | Dividend | | | Sold | 08/02/17 | K | | |
| 102. - Pepsico Inc. | B | Dividend | M | T | Buy | 08/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Middleby Corp | | None | L | T | Buy | 11/13/17 | J | | |
| 104. - Emerson Electric | B | Dividend | L | T | | | | | |
| 105. - EQT Corp. | A | Dividend | L | T | | | | | |
| 106. - Microsoft Corp | C | Dividend | M | T | | | | | |
| 107. -Intuit Inc (INTU) | A | Dividend | L | T | | | | | |
| 108. -CDK Global | A | Dividend | K | T | | | | | |
| 109. - McCormick & Co. | B | Dividend | L | T | | | | | |
| 110. - Wells Fargo Muni Bond -- | B | Dividend | M | T | | | | | |
| 111. - General Electric | B | Dividend | K | T | | | | | |
| 112. - Harris Corp. | B | Dividend | L | T | | | | | |
| 113. Vanguard Intermediate Muni Fund | A | Interest | M | T | Buy | 04/25/17 | M | | |
| 114. -Pfizer Inc. | A | Dividend | J | T | | | | | |
| 115. -Corning Common | A | Dividend | K | T | | | | | |
| 116. -Dowdupont common | A | Dividend | L | T | | | | | former: Dupont-name change |
| 117. -JM Smucker (SJM) | A | Dividend | J | T | | | | | |
| 118. -FT Franklin Fed interim mutual fund | B | Int./Div. | | | Sold | 04/25/17 | M | | |
| 119. -Energy Transfers Partners | B | Int./Div. | | | Sold | 08/02/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Praxair | B | Dividend | M | T | | | | | |
| 121. Skyworks Solutions | A | Dividend | L | T | | | | | |
| 122. -Intercontinental Exchange (ICE) | A | Dividend | L | T | Buy | 02/15/17 | K | | |
| 123. Apple Common | B | Dividend | L | T | | | | | |
| 124. Cash and Alternatives (money market) USB Financial Services | A | Distribution | L | T | | | | | |
| 125. UBS custodial accts:Fidelity Adv. dividend growth | A | Int./Div. | J | T | | | | | |
| 126. 529 Ed. Plan Funds: items 128-132 | | | | | | | | | |
| 127. Invesco College Bound 2017-2018 | | None | K | T | | | | | |
| 128. Invesco College Bound Today | | None | K | T | | | | | |
| 129. American Balance Fund 529A | | None | M | T | | | | | |
| 130. Growth Fund of America 529A | | None | L | T | | | | | |
| 131. College Choice Advisor Plan: 2016 Enrollment | | None | K | T | Buy | 11/28/17 | J | | |
| 132. US Charitable Gift Fund | | None | K | T | | | | | |
| 133. Diamond | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 114: Self-directed charitable foundation (value donated to charity reduced corpus in fund)

VII. Investments and Trusts, Line 116: Name change only - from Dupont to Dowdupont.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel A. Manion**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544